# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| INTERNATIONAL GOLDEN FOODS, INC., an Illinois corporation, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) Case No. 10 CV 906 |
| SOYYIGIT GIDA SANAYI VE TICARET ANONIM SIRKETI, and SOYYIGIT GROUP | ) Judge Charles Norgle, Sr. ) ) ) |
| Defendants. | ) ) |

## NOTICE OF MOTION

TO: Soyyigit Gida Sanayi Ve Ticaret A.S.
2 Cebeci Yolu No. 37
Gaziosmanpasa 34265
Istanbul, Turkey

PLEASE TAKE NOTICE that on August 20, 2010, or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Charles R. Norgle, Sr., or any judge sitting in his stead at 10:30 a.m. in Courtroom No. 2341 of the U.S. District Court, Illinois and shall present the following motion attached hereto:

### Motion for Default

### CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2010, I provided service to the person or persons listed above by the following means: Electronic Filing and Federal Express delivery

*/s/ signature*

Date: August 6, 2010

Joseph M. Williams
Attorney for Plaintiff
810 N. Arlington Heights Road
Itasca, Illinois 60143
(630) 346-4472
Atty No. 03128789