IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| INTERNATIONAL GOLDEN FOODS, INC., an Illinois corporation, <br><br> Plaintiff, <br><br> vs. <br><br> SOYYIGIT GIDA SANAYI VE TICARET ANONIM SIRKETI, and SOYYIGIT GROUP <br><br> Defendants. | Case No. 10 CV 906 <br><br> Judge Charles Norgle, Sr. |

## MOTION FOR DEFAULT

NOW COMES the Plaintiff, INTERNATIONAL GOLDEN FOODS, INC., an Illinois corporation, by and through its Attorney, Joseph M. Williams, and for its Motion for Default against the Defendant, SOYYIGIT GIDA SANAYI VE TICARET A.S., states as follows:

1. That this cause was filed on February 10, 2010 and the Defendant was served on June 28, 2010.

2. That Defendant had until July 28, 2010 to answer or otherwise plead.

3. That Defendant filed an appearance, but has not otherwise pled and is in default.

4. That Plaintiff seeks to enter an order of default and a setting of this cause for prove-up.

WHEREFORE, Plaintiff, INTERNATIONAL GOLDEN FOODS, INC., prays this Court enter an order of default and default judgment against the Defendant, SOYYIGIT GIDA SANAYI VE TICARET A.S.

Respectfully submitted,

By: /s/ Joseph M. Williams
Joseph M. Williams

JOSEPH M. WILLIAMS, Esq.
Attorney for Plaintiff
810 N. Arlington Heights Road
Itasca, IL 60143
(630) 346-4472
Atty No. 17039