IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| INTERNATIONAL GOLDEN FOODS, INC., an Illinois corporation, </br></br>    Plaintiff, </br></br>  vs. </br></br>SOYYIGIT GIDA SANAYI VE TICARET ANONIM SIRKETI, and SOYYIGIT GROUP </br></br>    Defendants. | Case No. 10 CV 906 </br></br> Judge Charles Norgle, Sr. |

## MOTION TO EXTEND TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS

  NOW COMES the Plaintiff, INTERNATIONAL GOLDEN FOODS, INC., an Illinois corporation, by and through its Attorney, Joseph M. Williams, and for its Motion to Extend time to Respond to Defendant, SOYYIGIT GIDA SANAYI VE TICARET ANOMIN SIRKETI's ("Soyyigit") Motion to Dismiss, states as follows:

  1.  That the parties appeared in Court on August 20, 2010, pursuant to Plaintiff's first motion for default, but this cause was never called.

  2.  That unbeknownst to the Plaintiff's counsel, Defendant SOYYIGIT filed a motion to dismiss on or about September 17, 2010.

  3.  That a review of the notice of electronic filing reveals that it was purportedly sent to Plaintiff's counsel via mail, a copy of which is attached hereto and made a part hereof as **Exhibit A.**

  4.  That this Court issued an electronic order, which has never been received by Plaintiff's counsel.

  5.  That on October 25, 2010, Plaintiff's counsel filed its second notice and motion for default.

  6.  That on October 25, 2010, Defendant's counsel telephoned Plaintiff's counsel to advise of both the filing of their motion to dismiss, as well as the Court's briefing order.

7. That on October 29, 2010, Plaintiff's counsel received both an email and faxed copy of the motion and Court order.

8. That previously, on October 27, 2010, Plaintiff's counsel's secretary attempted to call Judge Norgle's deputy clerk to determine why he was <u>not</u> receiving email communications regarding electronic filings. Plaintiff's counsel also sent a letter to both Defendant's counsel and the Clerk of this Court, relative thereto, copies of which are attached hereto as **Exhibit B.**

9. That Plaintiff seeks additional time, until December 1, 2010, within which to respond to Defendant's motion, as it both just received it and has a 2 to 4 day trial scheduled in November 2010.

10. That no prejudice will be created by providing additional time to response and reply, as well as the resetting of a date for ruling.

WHEREFORE, Plaintiff, INTERNATIONAL GOLDEN FOODS, INC., prays this Court extend the time for it to respond to Defendant SOYYIGIT's Motion to Dismiss to December 1, 2010, and reset this matter for ruling or hearing.

Respectfully submitted,

By: /s/ Joseph M. Williams
Joseph M. Williams

JOSEPH M. WILLIAMS, Esq.
Attorney for Plaintiff
810 N. Arlington Heights Road
Itasca, IL 60143
(630) 346-4472
Atty No. 17039

2

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| INTERNATIONAL GOLDEN FOODS, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No.: 10 CV 906 (CRN) |
| ) | |
| SOYYIGIT GIDA SANAYI VE TICARET ) | |
| ANONIM SIRKETI, et al., ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF MOTION

PLEASE TAKE NOTICE THAT ON Friday, September 17, 2010, at 10:30 a.m. or soon thereafter as counsel may be heard, we shall appear before the Honorable Charles R. Norgle, Sr., Room 2341, United States District Court for the Northern District of Illinois, 219 South Dearborn Avenue, Chicago, Illinois 60604, and shall then and there present Plaintiff's Motion for Enlargement of Time, a copy of which is attached hereto and served upon you,.NOTICE OF MOTION TO DISMISS AND MEMORANDUM OF LAW

/s/ James J. Sipchen

PRETZEL & STOUFFER CHARTERED
One South Wacker Drive, #2500
Chicago, Illinois 60606
(312) 346-1973


EXHIBIT A

Case: 1:10-cv-00906 Document #: 13 Filed: 09/10/10 Page 2 of 2 PageID #:59

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the **Notice of Motion** was filed electronically this 10th day of September, 2010. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system and/or by facsimile transmission and Standard U.S. Mail (only where indicated). Parties may access this filing through the Court's electronic system.

Joseph M. Williams
810 N. Arlington Heights road
Itasca, IL 60143
(630) 346-4472

s/James J. Sipchen
James J. Sipchen (IL Bar No. 6226113)
Amy J. Thompson (IL Bar No. 6244011)
Matthew J. Ligda (IL Bar No. 6229719)
Pretzel & Stouffer, Chartered
One South Wacker Drive - Suite 2500
Chicago, Illinois 60606
Telephone:   (312) 578-7442
Fax:         (312) 346-8242
E-Mail:      jsipchen@pretzel-stouffer.com
*Attorneys for Defendants,*
*Soyyigit Gida Sanayi Ve Ticaret Anonim Sirketi*

Of Counsel:
Eric S. Baxter
ARENT FOX LLP
1050 Connecticut Avenue, NW
Washington, DC 20036
Telephone: (202) 857-3440
Fax: (202) 857-6395
baxter.eric@arentfox.com

**Notices**

1:10-cv-00906 International Golden Foods, Inc. v. Soyyigit Gida Sanayi Ve Ticaret Anonim Sirketi et al
MASON

### United States District Court

### Northern District of Illinois - CM/ECF LIVE, Ver 4.1.1

**Notice of Electronic Filing**

The following transaction was entered by Sipchen, James on 9/10/2010 at 1:26 PM CDT and filed on 9/10/2010

| | |
|---|---|
| **Case Name:** | International Golden Foods, Inc. v. Soyyigit Gida Sanayi Ve Ticaret Anonim Sirketi et al |
| **Case Number:** | 1:10-cv-00906 |
| **Filer:** | Soyyigit Gida Sanayi Ve Ticaret Anonim Sirketi |
| **Document Number:** | 13 |

**Docket Text:**
**NOTICE of Motion by James Joseph Sipchen for presentment of motion to dismiss[12] before Honorable Charles R. Norgle Sr. on 9/17/2010 at 10:30 AM. (Sipchen, James)**

**1:10-cv-00906 Notice has been electronically mailed to:**

Amy Joan Thompson    athompson@pretzel-stouffer.com, rryan@pretzel-stouffer.com

James Joseph Sipchen    jsipchen@pretzel-stouffer.com

Matthew J. Ligda    mligda@pretzel-stouffer.com, sfondren@pretzel-stouffer.com

**1:10-cv-00906 Notice has been delivered by other means to:**

Joseph Michael Williams
Attorney at Law
810 N. Arlington Heights Road
Itasca, IL 60143

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1040059490 [Date=9/10/2010] [FileNumber=7799127-0
] [2804e8b3992ffe789d86511442019af8b3a6d6f551e0da2f2513f73bdc8826926ad
1a31ca6cfb40391f9cdc725b344f7c4c2acdb1cec34e729343a991e00438c]]

**Joseph M. Williams**
*Attorney at Law*
810 N. Arlington Heights Road
Itasca, Illinois 60143
Tel: (630) 346-4472 – Fax: (630) 285-9821
Joseph9248@sbcglobal.net

October 27, 2010

**Via Facsimile (312) 346-8242**
**and Regular Mail**

Amy J. Thompson, Esq.
PRETZEL &STOUFER, CHTD.
One S. Wacker Dr., Suite 2500
Chicago, Illinois 60606

    Re:    International Golden Foods, Inc. vs. Soyyigit Gida Sanayi Ve Ticaret A.S.
             Case No. 10 CV 906

Dear Ms. Thompson:

I have recently been advised by telephone that you filed a motion to dismiss the complaint and have also purportedly appeared in Court (or received a minute order), wherein an order was entered setting a briefing schedule. I am unaware of any of the above and have received nothing via email as to your electronic filing or the Court's scheduling. I find this to be rather ominous! Could you please immediately fax to my offices, copies of those filings so that I may somehow determine why I have not received same. Under separate cover, I am sending a similar request to Judge Norgle's deputy clerk.

Thanking you in advance for your anticipated cooperation, I remain

Very truly yours,

*[signature]*

Joseph M. Williams

JMW/msh
Encl.



EXHIBIT B

# Transmission Log

**Earth, Inc.**                    Wednesday, 2010-10-27   16:46

| Date | Time | Type | Job # | Length | Speed | Station Name/Number | Pgs | Status |
|---|---|---|---|---|---|---|---|---|
| 2010-10-27 | 16:45 | SCAN | 02383 | 0:15 | 28800 | 3123468242 | 2 | OK -- V.34 AM31 |

---

*Joseph M. Williams*
*Attorney at Law*

810 N. Arlington Heights Road
Itasca, Illinois 60143
Tel: (630) 346-4472 – Fax: (630) 285-9821
joseph9248@sbcglobal.net

October 27, 2010

**Via Facsimile (312) 346-8242**
**and Regular Mail**

Amy J. Thompson, Esq.
PRETZEL &STOUFFER, CHTD.
One S. Wacker Dr., Suite 2500
Chicago, Illinois 60606

Re: International Golden Foods, Inc. vs. Soyyigit Gida Sanayi Ve Ticaret A.S.
Case No. 10 CV 906

Dear Ms. Thompson:

I have recently been advised by telephone that you filed a motion to dismiss the complaint and have also purportedly appeared in Court (or received a minute order), wherein an order was entered setting a briefing schedule. I am unaware of any of the above and have received nothing via email as to your electronic filing or the Court's scheduling. I find this to be rather ominous! Could you please immediately fax to my offices, copies of those filings so that I may somehow determine why I have not received same. Under separate cover, I am sending a similar request to Judge Norgle's deputy clerk.

Thanking you in advance for your anticipated cooperation, I remain

Very truly yours,

*[signature]*

Joseph M. Williams

JMW/msh
Encl.

*Joseph M. Williams*
*Attorney at Law*
*810 N. Arlington Heights Road*
*Itasca, Illinois 60143*
*Tel: (630) 346-4472 – Fax: (630) 285-9821*
*Joseph9248@sbcglobal.net*

October 27, 2010

Charles R. Norgle, Sr.
Judge, Eastern Division USDC N. Dist of IL
219 S. Dearborn St., Room 2341
Chicago, Illinois 60604

ATTN: Deputy Clerk

Re: International Golden Foods, Inc. vs. Soyyigit Gida Sanayi Ve Ticaret A.S.
Case No. 10 CV 906

Dear Deputy Clerk:

It has come to my attention, by the filing of a motion for default, that opposing counsel has purportedly filed a motion to dismiss and the Court had set a briefing schedule. I have not received any of these electronic filings, and am wondering why? Previously, there was a problem with an email address that I used many years ago, but no longer utilize. I am wondering, even though we asked the Clerk of the USDC to delete the no longer utilized email address, if it is somehow or other still being used? Could you please review and respond to this request; we have phoned your office and left voicemail messages on at least two separate occasions, without a response. FYI: the above email address is the correct one to use.

Thanking you in advance for your kind assistance, I remain.

Very truly yours,

*[signature]*

Joseph M. Williams

JMW/msh
cc: Pretzel & Stoufer, Chtd.