Subject: FW: FW: PARTNERSHIP Soyyigit Group: Thank you for visit in our stand in FANCY FOOD SHOW, in New York
From: "Burak Tilev" <btilev@soyyigit.com.tr>
Date: Mon, 30 Jun 2008 10:48:16 +0300
To: <pioneermktg1@aol.com>
CC: <info@goldenfood.com>, <export@soyyigit.com.tr>

Dear Mr Joseph Roberts,
We wish you good days,
We thank you for your visit in our stand
In FANCY FOOD SHOW in Jacob Javits center, in New york
Between 29.June - 1.July.2008

We thank you for your interest.
We hope to cooperate soon with our esteemed company.
For Usa market, we give you to contact if you want
Our sole agent informations as below:
International Golden Foods, Inc.

Mr Mansour Amiran
Mr Soni Nannar

819 Industrial Drive
Bensenville, IL 60106.
630-860-5552.
773-764-3333.
1-800-343-RICE.
Fax: 630-860-0855.
www.goldenfood.com
email: info@goldenfood.com

<< For our products please contact with above indicated company

To remind you about us again, our company profile is attached.

We are a Turkish group of companies.

We want to present your esteemed company, our products as in the attached file.

Some of our products categories are:

. INSTANT POWDER DRINKS (when we add water on these powder drinks, it becomes as a FRUIT JUICE with fruits flavours.)
. FRUIT FLAVOURED TEAS
. SOUPS
. CUBE BOUILLONS 10 GR
  Beef
  Chicken
  Shrimp
  General
. HOT DRINKS (like, Hot Chocolates white and brown chocolates)
. COCOA
. SOME DESERTS (puddings, creme chantilly, custard powders, jellies, sauces for cakes)
. SALTS (with garlic or vegetables or tomatoes or HOT vegetables)
. SOME MIXTURES TO ADD TO MEALS
. STARCHES (corn starch, wheat starch..)
. FLOURS    (corn flour, rice flour..)
. SUNFLOWER OILS
. CORN OILS
. SOYA (COOKING) OILS


EXHIBIT B

FW: FW: PARTNERSHIP Soyyigit Group: T nk you for visit in ou...

Case: 1:10-cv-00906 Document #: 27 Filed: 12/20/10 Page 2 of 15 PageID #:97

If you need any further information or assistance please do not hesitate to contact us.

Best wishes,

Burak Tilev

Export Area Sales Executive

SOYYIGIT GROUP

Kirac Beldesi, Cakmakli Mahallesi

3. cadde, 110. sokak, No: 3

Buyukcekmece Istanbul

Türkiye Turkey

Telephone : 00 90 212 886 32 00

Fax : 00 90 212 886 29 55

Mobile : 00 90 533 692 13 68

Website : www.soyyigit.com.tr

Email : export@soyyigit.com.tr

| SOYYIGIT GRUP İNGİLİZCE TANITIMI PRESENTATION OF SOYYIGIT GROUP in English 28.3.2008.xls | Content-Type: application/vnd.ms-excel Content-Encoding: base64 |
|---|---|

FW: FW: PARTNERSHIP Soyyigit Group: T' ık you for visit in ou...

Case: 1:10-cv-00906 Document #: 27 Filed: 12/20/10 Page 3 of 15 PageID #:98

Subject: FW: FW: PARTNERSHIP Soyyigit Group: Thank you for visit in our stand in FANCY FOOD SHOW, in New York
From: "Burak Tilev" <btilev@soyyigit.com.tr>
Date: Mon, 30 Jun 2008 11:00:44 +0300
To: <pinekke@optionline.net>
CC: <export@soyyigit.com.tr>, <info@goldenfood.com>

Dear Mr Tim Babjak,
We wish you good days,
We thank you for your visit in our stand
In FANCY FOOD SHOW in Jacob Javits center, in New york
Between 29.June - 1.July.2008

We thank you for your interest.
We hope to cooperate soon with our esteemed company.
For Usa market, we give you to contact if you want
Our sole agent informations as below:
International Golden Foods, Inc.

Mr Mansour Amiran
Mr Soni Nannar

819 Industrial Drive
Bensenville, IL 60106.
630-860-5552.
773-764-3333.
1-800-343-RICE.
Fax: 630-860-0855.
www.goldenfood.com
email: info@goldenfood.com

<< For our products please contact with above indicated company

To remind you about us again, our company profile is attached.

We are a Turkish group of companies.

We want to present your esteemed company, our products as in the attached file.

Some of our products categories are:

. INSTANT POWDER DRINKS (when we add water on these powder drinks, it becomes as a FRUIT JUICE with fruits flavours.)
. FRUIT FLAVOURED TEAS
. SOUPS
. CUBE BOUILLONS 10 GR
  Beef
  Chicken
  Shrimp
  General
. HOT DRINKS (like, Hot Chocolates white and brown chocolates)
. COCOA
. SOME DESERTS (puddings, creme chantilly, custard powders, jellies, sauces for cakes)
. SALTS (with garlic or vegetables or tomatoes or HOT vegetables)
. SOME MIXTURES TO ADD TO MEALS
. STARCHES (corn starch, wheat starch..)
. FLOURS    (corn flour, rice flour..)
. SUNFLOWER OILS
. CORN OILS
. SOYA (COOKING) OILS

FW: FW: PARTNERSHIP Soyyigit Group: T' ik you for visit in ou...

Case: 1:10-cv-00906 Document #: 27 Filed: 12/20/10 Page 4 of 15 PageID #:99

2 of 2

If you need any further information or assistance please do not hesitate to contact us.

Best wishes,

Burak Tilev

Export Area Sales Executive

SOYYIGIT GROUP

Kirac Beldesi, Cakmakli Mahallesi

3. cadde, 110. sokak, No: 3

Buyukcekmece Istanbul

Türkiye Turkey

Telephone : 00 90 212 886 32 00

Fax : 00 90 212 886 29 55

Mobile : 00 90 533 692 13 68

Website : www.soyyigit.com.tr

Email : export@soyyigit.com.tr

| SOYYIGIT GRUP İNGİLİZCE TANITIMI PRESENTATION OF SOYYIGIT GROUP in English 28.3.2008.xls | Content-Type: application/vnd.ms-excel<br>Content-Encoding: base64 |
|---|---|

Subject: FW: FW: PARTNERSHIP Soyyigit Group: Thank you for visit in our stand in FANCY FOOD SHOW, in New York
From: "Burak Tilev" <btilev@soyyigit.com.tr>
Date: Mon, 30 Jun 2008 11:24:25 +0300
To: <wajdi@emicoonline.com>
CC: <info@goldenfood.com>, <export@soyyigit.com.tr>

Dear Mr Wajdi,

Salamun alaykum,
We wish you good days,
We thank you for your visit in our stand
In FANCY FOOD SHOW in Jacob Javits center, in New york
Between 29.June - 1.July.2008

We thank you for your interest.
We are appreciated to meet your company which are making distribution of TRIX brand as Soyyigit Group brands in DETROIT and we are happy that you work with our sole agent Golden Foods, Chicago.
For Usa market, we hope that thru Golden Foods company we hope increase the partnership capacity in near future and we wanted to present you as attached the Company presentation and product informations WHICH ARE AVAILABLE FO
HOLLY RAMADAN MONTH too which is near (as Bouillons, Soups, Puddings, Jellies, Custrad Powder, Ethnic desserts etc..)
If you are interested about some other products that you have done distribution from our range for Ramadan month periode
Please ask these products from Golden Foods...
Thanks again..
To remind you about us again, our company profile is attached.

We are a Turkish group of companies.

We want to present your esteemed company, our products as in the attached file.

Some of our products categories are:

. INSTANT POWDER DRINKS (when we add water on these powder drinks, it becomes as a FRUIT JUICE with fruits flavours.)
. FRUIT FLAVOURED TEAS
. SOUPS
. CUBE BOUILLONS 10 GR
  Beef
  Chicken
  Shrimp
  General
. HOT DRINKS (like, Hot Chocolates white and brown chocolates)
. COCOA
. SOME DESERTS (puddings, creme chantilly, custard powders, jellies, sauces for cakes)
. SALTS (with garlic or vegetables or tomatoes or HOT vegetables)
. SOME MIXTURES TO ADD TO MEALS
. STARCHES (corn starch, wheat starch..)
. FLOURS    (corn flour, rice flour..)
. SUNFLOWER OILS
. CORN OILS
. SOYA (COOKING) OILS

If you need any further information or assistance please do not hesitate to contact us.

Best wishes,

Burak Tilev

Export Area Sales Executive

SOYYIGIT GROUP

Kirac Beldesi, Cakmakli Mahallesi

3. cadde, 110. sokak, No: 3

Buyukcekmece Istanbul

Türkiye Turkey

Telephone : 00 90 212 886 32 00

Fax         : 00 90 212 886 29 55

Mobile     : 00 90 533 692 13 68

Website   : www.soyyigit.com.tr

Email      : export@soyyigit.com.tr

| SOYYIGIT GRUP INGILIZCE TANITIMI PRESENTATION OF SOYYIGIT GROUP in English 28.3.2008.xls | Content-Type: application/vnd.ms-excel |
|---|---|
| | Content-Encoding: base64 |

**Subject:** FW: FW: PARTNERSHIP Soyyigit Group: Thank you for visit in our stand in FANCY FOOD SHOW, in New York
**From:** "Burak Tilev" <btilev@soyyigit.com.tr>
**Date:** Mon, 30 Jun 2008 11:29:02 +0300
**To:** <info@subrato.com>
**CC:** <export@soyyigit.com.tr>, <info@goldenfood.com>

Dear Mr Subrato,
We wish you good days,
We thank you for your visit in our stand
In FANCY FOOD SHOW in Jacob Javits center, in New york
Between 29.June - 1.July.2008

We thank you for your interest.
We hope to cooperate soon with our esteemed company.
For Usa market, we give you to contact if you want
Our sole agent informations as below:
International Golden Foods, Inc.

Mr Mansour Amiran
Mr Soni Nannar

819 Industrial Drive
Bensenville, IL 60106.
630-860-5552.
773-764-3333.
1-800-343-RICE.
Fax: 630-860-0855.
www.goldenfood.com
email: info@goldenfood.com

<< For our products please contact with above indicated company

To remind you about us again, our company profile is attached.

We are a Turkish group of companies.

We want to present your esteemed company, our products as in the attached file.

Some of our products categories are:

. INSTANT POWDER DRINKS (when we add water on these powder drinks, it becomes as a FRUIT JUICE with fruits flavours.)
. FRUIT FLAVOURED TEAS
. SOUPS
. CUBE BOUILLONS 10 GR
  Beef
  Chicken
  Shrimp
  General
. HOT DRINKS (like, Hot Chocolates white and brown chocolates)
. COCOA
. SOME DESERTS (puddings, creme chantilly, custard powders, jellies, sauces for cakes)
. SALTS (with garlic or vegetables or tomatoes or HOT vegetables)
. SOME MIXTURES TO ADD TO MEALS
. STARCHES (corn starch, wheat starch..)
. FLOURS    (corn flour, rice flour..)
. SUNFLOWER OILS
. CORN OILS
. SOYA (COOKING) OILS

FW: FW: PARTNERSHIP Soyyigit Group: Thank you for visit in ou...

2 of 2

Case: 1:10-cv-00906 Document #: 27 Filed: 12/20/10 Page 8 of 15 PageID #:103

If you need any further information or assistance please do not hesitate to contact us.

Best wishes,

Burak Tilev

Export Area Sales Executive

SOYYIGIT GROUP

Kirac Beldesi, Cakmakli Mahallesi

3. cadde, 110. sokak, No: 3

Buyukcekmece Istanbul

Türkiye Turkey

Telephone : 00 90 212 886 32 00

Fax       : 00 90 212 886 29 55

Mobile    : 00 90 533 692 13 68

Website   : www.soyyigit.com.tr

Email     : export@soyyigit.com.tr

| SOYYIGIT GRUP İNGİLİZCE TANITIMI PRESENTATION OF SOYYIGIT GROUP in English 28.3.2008.xls | Content-Type: application/vnd.ms-excel<br>Content-Encoding: base64 |
|---|---|

Subject: FW: FW: PARTNERSHIP Soyyigit Group: Thank you for visit in our stand in FANCY FOOD SHOW, in New York
From: "Burak Tilev" <btilev@soyyigit.com.tr>
Date: Mon, 30 Jun 2008 11:29:54 +0300
To: <noa@ohnuts.com>
CC: <info@goldenfood.com>, <export@soyyigit.com.tr>

Dear Mss Noa,
We wish you good days,
We thank you for your visit in our stand
In FANCY FOOD SHOW in Jacob Javits center, in New york
Between 29.June - 1.July.2008

We thank you for your interest.
We hope to cooperate soon with our esteemed company.
For Usa market, we give you to contact if you want
Our sole agent informations as below:
International Golden Foods, Inc.

Mr Mansour Amiran
Mr Soni Nannar

819 Industrial Drive
Bensenville, IL 60106.
630-860-5552.
773-764-3333.
1-800-343-RICE.
Fax: 630-860-0855.
www.goldenfood.com
email: info@goldenfood.com

<< For our products please contact with above indicated company

To remind you about us again, our company profile is attached.

We are a Turkish group of companies.

We want to present your esteemed company, our products as in the attached file.

Some of our products categories are:

. INSTANT POWDER DRINKS (when we add water on these powder drinks, it becomes as a FRUIT JUICE with fruits flavours.)
. FRUIT FLAVOURED TEAS
. SOUPS
. CUBE BOUILLONS 10 GR
  Beef
  Chicken
  Shrimp
  General
. HOT DRINKS (like, Hot Chocolates white and brown chocolates)
. COCOA
. SOME DESERTS (puddings, creme chantilly, custard powders, jellies, sauces for cakes)
. SALTS (with garlic or vegetables or tomatoes or HOT vegetables)
. SOME MIXTURES TO ADD TO MEALS
. STARCHES (corn starch, wheat starch..)
. FLOURS     (corn flour, rice flour..)
. SUNFLOWER OILS
. CORN OILS
. SOYA (COOKING) OILS

FW: FW: PARTNERSHIP Soyyigit Group: Thank you for visit in ou...

Case: 1:10-cv-00906 Document #: 27 Filed: 12/20/10 Page 10 of 15 PageID #:105

If you need any further information or assistance please do not hesitate to contact us.

Best wishes,

Burak Tilev

Export Area Sales Executive

SOYYIGIT GROUP

Kirac Beldesi, Cakmakli Mahallesi

3. cadde, 110. sokak, No: 3

Buyukcekmece Istanbul

Türkiye Turkey

Telephone : 00 90 212 886 32 00

Fax : 00 90 212 886 29 55

Mobile : 00 90 533 692 13 68

Website : www.soyyigit.com.tr

Email : export@soyyigit.com.tr

| SOYYIGIT GRUP İNGİLİZCE TANITIMI PRESENTATION OF SOYYIGIT GROUP in English 28.3.2008.xls | Content-Type: application/vnd.ms-excel<br>Content-Encoding: base64 |
|---|---|

FW: FW: PARTNERSHIP Soyyigit Group: ~ nk you for visit in ou...

Case: 1:10-cv-00906 Document #: 27 Filed: 12/20/10 Page 11 of 15 PageID #:106

Subject: FW: FW: PARTNERSHIP Soyyigit Group: Thank you for visit in our stand in FANCY FOOD SHOW, in New York
From: "Burak Tilev" <btilev@soyyigit.com.tr>
Date: Mon, 30 Jun 2008 13:21:07 +0300
To: <reemimport@hotmail.com>, <cedargardenimport@htmail.com>
CC: <info@goldenfood.com>, <export@soyyigit.com.tr>

Dear Mr Alaa Altoum and Mr Osman Hajjoul,

Salamun alaykum,
We wish you good days,
We thank you for your visit in our stand
In FANCY FOOD SHOW in Jacob Javits center, in New york
Between 29.June - 1.July.2008

We thank you for your interest.
We are appreciated to meet your company which are making distribution of TRIX brand as Soyyigit Group brands in DETROIT and we are happy that you work with our sole agent Golden Foods, Chicago.
For Usa market, we hope that by intermediate of our agent, Golden Foods company, we hope to increase the partnership capacity in near future and we want to present you as attached the Company presentation and product informations WHICH ARE AVAILABLE FOR
HOLLY RAMADAN MONTH too which is near (as Bouillons, Soups, Puddings, Jellies, Custrad Powder, Ethnic desserts etc..)
If you are interested about some other products that you have done already in past, as distribution from our range for Ramadan month periode
Please ask these products from Golden Foods...
Thanks again..
To remind you about us again, our company profile is attached.

We are a Turkish group of companies.

We want to present your esteemed company, our products as in the attached file.

Some of our products categories are:

. INSTANT POWDER DRINKS (when we add water on these powder drinks, it becomes as a FRUIT JUICE with fruits flavours.)
. FRUIT FLAVOURED TEAS
. SOUPS
. CUBE BOUILLONS 10 GR
 Beef
 Chicken
 Shrimp
 General
. HOT DRINKS (like, Hot Chocolates white and brown chocolates)
. COCOA
. SOME DESERTS (puddings, creme chantilly, custard powders, jellies, sauces for cakes)
. SALTS (with garlic or vegetables or tomatoes or HOT vegetables)
. SOME MIXTURES TO ADD TO MEALS
. STARCHES (corn starch, wheat starch..)
. FLOURS     (corn flour, rice flour..)
. SUNFLOWER OILS
. CORN OILS
. SOYA (COOKING) OILS

If you need any further information or assistance please do not hesitate to contact us.

Case: 1:10-cv-00906 Document #: 27 Filed: 12/20/10 Page 12 of 15 PageID #:107

FW: FW: PARTNERSHIP Soyyigit Group: nk you for visit in ou...

Best wishes,

Burak Tilev

Export Area Sales Executive

SOYYIGIT GROUP

Kirac Beldesi, Cakmakli Mahallesi

3. cadde, 110. sokak, No: 3

Buyukcekmece Istanbul

Türkiye Turkey

Telephone : 00 90 212 886 32 00

Fax     : 00 90 212 886 29 55

Mobile   : 00 90 533 692 13 68

Website : www.soyyigit.com.tr

Email   : export@soyyigit.com.tr

| SOYYIGIT GRUP İNGİLİZCE TANITIMI PRESENTATION OF SOYYIGIT GROUP in English 28.3.2008.xls | Content-Type: application/vnd.ms-excel<br>Content-Encoding: base64 |
|---|---|

Subject: FW: FW: PARTNERSHIP Soyyigit Group: Thank you for visit in our stand in FANCY FOOD SHOW, in New York
From: "Burak Tilev" <btilev@soyyigit.com.tr>
Date: Mon, 30 Jun 2008 13:26:20 +0300
To: <karenethompson@verizon.net>, <info@goldenfood.com>, <export@soyyigit.com.tr>

Dear Mss Karene Thompson,
We wish you good days,
We thank you for your visit in our stand
In FANCY FOOD SHOW in Jacob Javits center, in New york
Between 29.June - 1.July.2008

We thank you for your interest.
We hope to cooperate soon with our esteemed company.
For Usa market, we give you to contact if you want
Our sole agent informations as below:
International Golden Foods, Inc.

Mr Mansour Amiran
Mr Soni Nannar

819 Industrial Drive
Bensenville, IL 60106.
630-860-5552.
773-764-3333.
1-800-343-RICE.
Fax: 630-860-0855.
www.goldenfood.com
email: info@goldenfood.com

<< For our products please contact with above indicated company

To remind you about us again, our company profile is attached.

We are a Turkish group of companies.

We want to present your esteemed company, our products as in the attached file.

Some of our products categories are:

. INSTANT POWDER DRINKS (when we add water on these powder drinks, it becomes as a FRUIT JUICE with fruits flavours.)
. FRUIT FLAVOURED TEAS
. SOUPS
. CUBE BOUILLONS 10 GR
  Beef
  Chicken
  Shrimp
  General
. HOT DRINKS (like, Hot Chocolates white and brown chocolates)
. COCOA
. SOME DESERTS (puddings, creme chantilly, custard powders, jellies, sauces for cakes)
. SALTS (with garlic or vegetables or tomatoes or HOT vegetables)
. SOME MIXTURES TO ADD TO MEALS
. STARCHES (corn starch, wheat starch..)
. FLOURS     (corn flour, rice flour..)
. SUNFLOWER OILS
. CORN OILS
. SOYA (COOKING) OILS

Case: 1:10-cv-00906 Document #: 27 Filed: 12/20/10 Page 14 of 15 PageID #:109

FW: FW: PARTNERSHIP Soyyigit Group: Thank you for visit in ou...

If you need any further information or assistance please do not hesitate to contact us.

Best wishes,

Burak Tilev

Export Area Sales Executive

SOYYIGIT GROUP

Kirac Beldesi, Cakmakli Mahallesi

3. cadde, 110. sokak, No: 3

Buyukcekmece Istanbul

Türkiye Turkey

Telephone : 00 90 212 886 32 00

Fax        : 00 90 212 886 29 55

Mobile     : 00 90 533 692 13 68

Website  : www.soyyigit.com.tr

Email    : export@soyyigit.com.tr

| SOYYIGIT GRUP İNGİLİZCE TANITIMI PRESENTATION OF SOYYIGIT GROUP in English 28.3.2008.xls | Content-Type: application/vnd.ms-excel<br>Content-Encoding: base64 |
|---|---|

Case: 1:10-cv-00906 Document #: 27 Filed: 12/20/10 Page 15 of 15 PageID #:110

FW: FW: PARTNERSHIP Soyyigit Group: ank you for visit in ou...

**Subject:** FW: FW: PARTNERSHIP Soyyigit Group: Thank you for visit in our stand in FANCY FOOD SHOW, in New York
**From:** "Burak Tilev" <btilev@soyyigit.com.tr>
**Date:** Mon, 30 Jun 2008 13:39:45 +0300
**To:** <wcp@westcoastpita.com>, <info@goldenfood.com>, <export@soyyigit.com.tr>

Dear Mr Ali Al-Shaibani,

Salamun alaykum,
We wish you good days,
We thank you for your visit in our stand
In FANCY FOOD SHOW in Jacob Javits center, in New york
Between 29.June - 1.July.2008

We thank you for your interest.
We are appreciated to meet your company during th e Fancy Food Show n NY.
For Usa market, we hope that thru Golden Foods company we hope to realise and increase the partnership capacity in near future and we wanted to present you as attached the Company presentation and product informations WHICH ARE AVAILABLE FOR
HOLLY RAMADAN MONTH too which is near (as Bouillons, Soups, Puddings, Jellies, Custrad Powder, Ethnic desserts etc..)
If you are interested about some other products that you have done distribution from our range for Ramadan month periode
Please ask these products from Golden Foods...
For Usa market, we give you to contact if you want
Our sole agent informations as below:
International Golden Foods, Inc.

Mr Mansour Amiran
Mr Soni Nannar

819 Industrial Drive
Bensenville, IL 60106.
630-860-5552.
773-764-3333.
1-800-343-RICE.
Fax: 630-860-0855.
www.goldenfood.com
email: info@goldenfood.com

<< For our products please contact with above indicated company

Thanks again..
To remind you about us again, our company profile is attached.

We are a Turkish group of companies.

We want to present your esteemed company, our products as in the attached file.

Some of our products categories are:

. INSTANT POWDER DRINKS (when we add water on these powder drinks, it becomes as a FRUIT JUICE with fruits flavours.)
. FRUIT FLAVOURED TEAS
. SOUPS
. CUBE BOUILLONS 10 GR
 Beef
 Chicken
 Shrimp
 General
. HOT DRINKS (like, Hot Chocolates white and brown chocolates)
. COCOA