

809 Industrial Drive
Bensenville, IL 60106
USA Toll Free: 1-800-343-RICE
Tel: 630-860-5552, 847-860-0900
Fax: 630-860-0855.
www.goldenfood.com
Email: info@goldenfood.com

# International Golden Foods, Inc.

Dated: May 11, 2009

Dear Valued Customer.

This is to inform that due to trademark issues we are recalling all Trix Products. Please inform any stocks of Trix products. Please note that we will not be distributing any more Trix products.

If you have any question please feel free to contact us.

Best Regards,

Mansour Amiran
INTERNATIONAL GOLDEN FOODS

*Food Distributors*
*Importers And Exporters*

Visit us at worldwide web
www.goldenfood.com or www.goldenri[c]

EXHIBIT C